In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00224-CV


____________________



JULIANNA YEN, Appellant



V.



ALPHENHAUS, INC., Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 08-06-06305-CV






MEMORANDUM OPINION


 On August 24, 2009, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal and that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why additional time was needed to file the record. Appellant did not respond. The
appellant did not file an affidavit of indigence and has not requested to proceed without
payment of costs. Tex. R. App. P. 20.1. Appellant has failed to prosecute this appeal and no
effective order stays this court from proceeding with the disposition of this appeal. The
appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed
against the appellant.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 29, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.